UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                                              NO. 3:11CR-58-JGH

BARBARA JEAN PERKS                                                   DEFENDANT


## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by James Lesousky, Assistant United States Attorney. The hearing was recorded by Alan Wernecke, Official Court Reporter. The defendant, Barbara Jean Perkins, by consent with Jamie Haworth, Assistant Federal Defender, appeared in open court on October 3, 2011, and entered pleas of guilty as to Counts 1-15 of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1-15 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommends that the pleas of guilty be accepted, and that the defendant be adjudged guilty as to Counts 1-15 in the Indictment and have sentence imposed accordingly.

Sentencing will be set for **Friday, January 6, 2012 at 2:00 p.m.** before the Honorable John G. Heyburn, II, United States District Court Judge.

The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall remain on her current bond pending further orders.

Date: October 3, 2011

Copies to:  United States Attorney
　　　　　　Counsel for Defendant
　　　　　　United States Marshal
　　　　　　United States Probation